IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLIVE HSIAO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-CV-835 |
| AMGUARD INSURANCE COMPANY, | § § § | (JURY) |
| Defendant. | § § | |

## JOINT MOTION TO REMAND

COMES NOW Defendant AMGUARD INSURANCE COMPANY ("Defendant") and Plaintiff OLIVE HSIAO ("Plaintiff") files this Motion to Remand the case to State Court.

Defendant filed a Notice of Removal on March 15, 2022 removing the case from the 268th Judicial District Court of Fort Bend County, Texas.

For these reasons, Defendant AmGuard Insurance Company and Plaintiff Olive Hsiao respectfully request that the Court grant the above-referenced motion and Remand this case to State Court.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By:   */s/ Mary-Ellen King*
J. Mark Kressenberg
State Bar No. 11725900
mkressenberg@thompsoncoe.com
1 Riverway #1400
Houston, Texas 77056
(713) 403-8379
Mary-Ellen King
State Bar No. 24067219
mking@thompsoncoe.com

1

                701 Brazos Street, Suite 1500
                Austin, Texas 78701
                (512) 827-2305

                ***ATTORNEYS FOR DEFENDANT***
                ***AMGUARD INSURANCE COMPANY***

**THE LANE LAW FIRM, PLLC**

By: */s/ Alex Lick (with permission)*
   Robert C. Lane
   State Bar No. 24046263
   notifications@lanelaw.com
   Joshua D. Gordon
   State Bar No. 24091592
   joshua.gordon@lanelaw.com
   S. Alex Lick
   State Bar No. 24107844
   alex.lick@lanelaw.com
   6200 Savoy Drive, Suite 1150
   Houston, TX 77036
   (713) 595-8200
   ***ATTORNEYS FOR PLAINTIFF***
   ***OLIVE HSIAO***

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via certified mail, return receipt requested, messenger delivery, e-filing, or facsimile transmission on this the 17th day of March, 2022 to the following counsel of record:

Robert C. Lane
notifications@lanelaw.com
Joshua D. Gordon
joshua.gordon@lanelaw.com
S. Alex Lick
alex.lick@lanelaw.com
The Lane Law Firm, PLLC
6200 Savoy Drive, Suite 1150
Houston, TX 77036
**ATTORNEYS FOR PLAINTIFF**

                */s/ Mary Ellen King*
                Mary Ellen King